UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD MORGAN

      Plaintiff(s),

v.

ALLIED INTERSTATE INC.

      Defendant(s).
_____/

No. 05-02805 CW (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated December 23, 2005, Defendant Sherman Financial Group's authorized representative requested to be excused from personally appearing at the settlement conference scheduled for January 25, 2006.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant Sherman Financial Group's authorized representative be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on January 25, 2006.

If the Court concludes that the absence of Defendant Sherman Financial Group's authorized representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant Sherman Financial Group.

SO ORDERED.

Dated: December 23, 2005

                                         _____
                                       ELIZABETH D. LAPORTE
                                       United States Magistrate Judge